

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 9 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO RUIZ,<br><br>Defendant. | Case No. CR-09-0224-GW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On January 28, 2019, Defendant Alfredo Ruiz ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter. Defendant was represented by retained counsel, Richard Nahigian.

///
///
///
///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

    A.    ☐    Defendant submitted to the Government's Request for Detention;

    B.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Defendant's refusal to interview with Pretrial Services;
- No known bail resources;
- No known ties to the community;
- Nature of charged offense.

    C.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- History of including drug-related offenses;
- Nature of charged offense.

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: January 29, 2019

/s/
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE